January 6, 1905.) Appeal from Special Term, New York County. Action by George H. Cassidy against George W. Arnold and others. From an interlocutory judgment overruling demurrer to part of answer, plaintiff appeals. Reversed. George W. Glaze, for appellant. George Gordon Battle, for respondents.

PER CURIAM. The demurrer of the plaintiff to the answer of the defendant Arnold is the same as his demurrer to the joint answer of the other defendants, considered in an appeal argued herewith; and that part of the answer to which the demurrer relates is precisely the same. The decision of the appeal is therefore controlled by the opinion in the other case decided herewith. 91 N. Y. Supp. 570. It follows that the interlocutory judgment should be reversed, with costs, and the demurrer sustained, with costs, with leave to the respondent to amend, upon payment of the costs of the appeal and of the demurrer.

---

CHAMBERLAIN, Respondent, v. NESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Nellie E. Chamberlain, as administratrix, etc., against Samuel K. Nester. No opinion. Judgment affirmed, with costs.

---

CHAMBERLAIN v. OLEAN ST. RY. CO. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Wales Chamberlain, as administrator, etc., against the Olean Street Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

---

CHAPMAN & CO., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Chapman & Co. against the city of New York.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on the authority of Rosenstock v. City of New York (decided herewith) 91 N. Y. Supp. 737.

---

CHASE, Respondent, v. DRAKE, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Durfee C. Chase against Katharine E. Drake. No opinion. Interlocutory judgment affirmed, with costs.

---

CHILDS, Respondent, v. GERMAN INS. CO. OF HARTFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by John H. Childs against the German Insurance Company of Hartford. No opinion. Order affirmed, with $10 costs and disbursements.

---

CHRISTIE, Respondent, v. GASKELL, Appellant. (Supreme Court, Appellate Term. January 17, 1905.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Walter Christie, doing business as the Christie Iron Works, against Robert E. Gaskell. From a judgment for plaintiff, defendant appeals. Reversed. Thomas A. Stoddart, for appellant. Alvin S. Hall, for respondent.

PER CURIAM. It is evident that no absolute contract price was agreed upon, but that the agreement was that the price should be not less than $150 and not more than $200; the exact price being determined by the amount and character of the work. The plaintiff's evidence as to value is very unsatisfactory and indefinite; the most reliable evidence apparently being that of the witness, called by defendant, who placed the value of the work at $135. The defendant had, however, agreed to pay at least $150, and we are of opinion that the judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff will stipulate to reduce the judgment to $177.72, in which case the judgment, as so modified, will be affirmed, without costs.

---

CHURCH et al., Appellants, v. PHELAN, Respondent. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by John S. Church and others against James J. Phelan. E. J. McGuire, for appellants. A. Crook, for respondent. No opinion. Judgment affirmed, with costs.

---

In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) In the matter of the application of the city of Rochester to acquire certain lands, etc., of Edna C. L. Cobb.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, the questions to be certified to be settled by and before Presiding Justice McLENNAN on two days' notice.

---

CITY OF ROCHESTER, Appellant, v. BLOSS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by the city of Rochester against Joseph B. Bloss.

PER CURIAM. Interlocutory judgment reversed, with costs, and judgment directed sustaining plaintiff's demurrer, with costs, on opinion in action No. 1 between same parties, decision in which is handed down herewith. 91 N. Y. Supp. 642.

HISCOCK, J., concurs in reversal. See concurring opinion of said action No. 1. 91 N. Y. Supp. 642.

---

CLARE et al. v. O'DONNELL et al. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by William F. Clare and others against Anthony O'Donnell, and others. No opinion. Motion granted, with $10 costs.

---

CLARK v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Mary Clark, as administratrix, against the Manhattan Railway Company. No opinion. Motion denied.